FRANCES J. EDRINGTON, Respondent, *v.* JESSE S. RICHMAN, as Receiver in Supplementary Proceedings of EDRINGTON-MINOT CORPORATION, Appellant.

Argued May 26, 1941; decided June 19, 1941.

*Isaac Gluckman* and *Stanley S. Casden* for appellant.
*Alonzo L. Tyler* and *Leonard G. Bisco* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.